USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07



LAW OFFICES OF
# CHRISTOPHER E. CHANG
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE
(212) 208-1470

(212) 208-1468 (fax)
e-mail: cechang@juno.com

December 14, 2007

By Fax (212) 805-7917

Honorable Robert P. Patterson, Jr.
United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE: United States v. McDowall, *et al.*
07 ~~Civ.~~ Cr. 1054 (RPP)

Your Honor:

    I represent defendant Michael Irving in the above-referenced action. I am writing to request a one-week extension by which Mr. Irving's personal recognizance bond of $500,000 is co-signed by two "financially responsible" individuals and the $150,000 secured portion of the bond be posted. The deadline is currently December 14th. A copy of Mr. Irving's appearance bond is attached for the Court's reference.

    The two co-signers proposed by the defense (Mr. Irving's mother and a friend) met with a representative of the United States Attorney's Office this week and presented the requested documentation regarding themselves and the property which is being offered to secure the bond. Approval of the proposed co-signers and property are presently under consideration by the government. This request for an extension is consented to by the government.

    If Your Honor has any questions, please do not hesitate to have your Deputy Clerk contact me.

Respectfully,

Christopher E. Chang

*[Handwritten endorsement: Application granted. So ordered. Robert P. Patterson USDJ 12/14/07]*

Attachment

cc: AUSA Katherine Goldstein (w/attachment) (By fax)

$500,000 PRB. CO-SIGNED BY 2 FINANCIALLY RESPONSIBLE PERSON'S. $150,000 CASH/PROPERTY. TRAVEL RESTRICTED TO SDNY, EDNY. SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS). REGULAR PRETRIAL SUPERVISION. DEFT TO BE RELEASED UPON FOLLOWING CONDITIONS: SIGNING BOND. REMAINING CONDITIONS TO BE MET BY 12/14/07.

⋆AO 98 (Rev. 11/07) Appearance Bond

# UNITED STATES DISTRICT COURT

Southern District of New York

UNITED STATES OF AMERICA
V.

MICHAEL IRVING

**APPEARANCE BOND**

Defendant

Case Number: 07 CR. 1054 (RPP)

Non-surety. I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 500,000 , and there has been deposited in the Registry of the Court the sum of
$ 150,000 in cash or PROPERTY (describe other security).

The conditions of this bond are that the defendant MICHAEL IRVING
Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on December 4, 2007 at 500 Pearl Street, New York, New York 10007
Date Place

Defendant MICHAEL IRVING /s/ Michael Irving

Surety /s/ Michael Irving

Surety

Signed and acknowledged before me on DEC. 4, 2007
Date

Signature of Judge/Clerk

Bond Approved: AUSA: KATHERINE GOLDSTEIN
Signature of Judge