

LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

March 27, 2008

Via Facsimile 212-805-7917

The Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

Re: United States v. McDowall, et al
    07-cr-01054 (RPP)

Dear Judge ~~Howell~~:

Based upon the fact that counsel and the Government are presently on negotiations for a disposition on the above referenced matter, I hereby withdraw all motions presently pending before the court.

Thank you for your courtesy and consideration.

Respectfully submitted,

MURRAY RICHMAN, ESQ.

MR/rs

cc: Katherine Rachel Goldstein
Assistant United States Attorney
(212) 637-0412/0097

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

*Handwritten endorsement:* Application granted. In view of defendant's letter, all motions submitted by Murray Richman, Esq. in this matter are deemed withdrawn. So ordered.

Robert P. Patterson
4/2/08

Case:     United States v. McDowall, et al.
Index No.  07 Cr. 1054 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*In view of defendant's letter, all motions submitted by Murray Richman, Esq., in this matter are deemed withdrawn.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 4/2/08*